UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

JEHU HAND,

    Defendant.

Civil No. 15-cv-14109-ADB

---

## STATUS REPORT AS TO SETTLEMENT

Pursuant to the Court's March 20, 2019, Order the Securities and Exchange Commission ("SEC" or "Commission") files this status report regarding the prospect of the parties resolving this matter through settlement. As the Commission previously reported to the Court, there appears to be a settlement in principle between the parties. Since the filing of a March 20, 2019, Status Report, Mr. Hand and the SEC have exchanged correspondence attempting to reach final agreement on the language of a Consent and a proposed Final Judgment that would be filed with the Court. A telephone call between counsel for the Commission and Mr. Hand has been confirmed by the Taft Correctional facility where Mr. Hand is incarcerated for Wednesday, May 1, 2019. Unless something unforeseen happens, that call will either confirm that final details of a proposed settlement have been agreed upon, or that the parties are unable to reach agreement on those final details.

The results of that call will be reported to the Court no later than May 2, 2019.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMM.**

By its attorneys,

Dated: April 25, 2019	//s// Martin F. Healey
Martin F. Healey (Mass Bar No. 227550)
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8952 (Healey direct)
E-mail: healeym@sec.gov

## CERTIFICATE OF SERVICE

I certify that on April 25, 2019, I caused a copy of the foregoing document to be filed through the ECF system and, accordingly, the document will be sent electronically to registered participants as identified on the Notice of Electronic Filing ("NEF"). As to defendant Jehu Hand, the SEC served him via first class mail at the following address:

Jehu Hand
Register No. 06494-104
CI Taft
Post Office Box 7001
Taft CA  93268

//s// Martin F. Healey
Martin F. Healey