UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 15-cv-14109-ADB |
| | : | |
| JEHU HAND, | : | |
| | : | |
| Defendant. | : | |

**STATUS REPORT AS TO SETTLEMENT**

Pursuant to the Court's July 1, 2019 Electronic Order, the Securities and Exchange Commission's ("SEC" or "Commission") provides the following status report. As reported in the Commission's May 2, 2019 Status Report, on May 1, 2019, counsel for the Commission and defendant Jehu Hand, who is incarcerated at the Taft Correctional facility in California, conferred by telephone and reached an agreement in principle to settle this matter. During that call Mr. Hand advised that a) he had received a revised Consent and [Proposed] Final Judgment in this matter that had been prepared and sent to him by the Commission, b) the Consent and [Proposed] Final Judgment were acceptable to him, and c) he intended to sign the Consent, have it witnessed, and return it to the Commission. All of the above has now been completed, but owing to the difficulty of sending and receiving correspondence from and to a correctional facility, it took more than a month and required the Commission to send a second copy of all of the necessary documents to Mr. Hand for his signature.

Having received the signed Consent from Mr. Hand, the process for review and approval by the Commission is in progress. Typically that process takes 4-6 weeks. Assuming approval,

the proposed resolution, consisting of the signed Consent and [Proposed] Final Judgment as well as a Motion for entry of the final judgment, will be presented to the Court forthwith. The Commission proposes filing a further status report on August 2, 2019, if the settlement has not been approved and submitted to the Court by that date.

                      Respectfully submitted,

                      **SECURITIES AND EXCHANGE COMM.**

                      By its attorneys,

Dated: July 2, 2019                      //s//  Martin F. Healey
                                            Martin F. Healey (Mass Bar No. 227550)
                                            Securities and Exchange Commission
                                            33 Arch Street, 23rd Floor
                                            Boston, Massachusetts 02110
                                            Telephone: (617) 573-8952 (Healey direct)
                                            E-mail: healeym@sec.gov


**CERTIFICATE OF SERVICE**

     I certify that on July 2, 2019, I caused a copy of the foregoing document to be filed through the ECF system and, accordingly, the document will be sent electronically to registered participants as identified on the Notice of Electronic Filing ("NEF"). As to defendant Jehu Hand, the SEC served him via first class mail at the following address:

Jehu Hand
Register No. 06494-104
CI Taft
Post Office Box 7001
Taft CA  93268

                                            //s// Martin F. Healey
                                            Martin F. Healey